United States District Court
Southern District of Texas
**ENTERED**
March 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| STEVE CALDERONE, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-3985 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| COMCAST CABLE | § | |
| COMMUNICATION, LLC, | § | |
| Defendant. | § | |

**ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

Plaintiff Steve Calderone proceeds here *pro se*. He sued Defendant Comcast Cable Communication, LLC, for breach of contract. See Dkt 1 at 3. The matter was referred for disposition to Magistrate Judge Richard Bennett. Dkt 5.

Judge Bennett entered an order noting Plaintiff's failure to timely serve Defendant and ordering him to effectuate service by January 29, 2026. See Dkt 10. Plaintiff failed to file proof of service or otherwise respond. Judge Bennett then ordered Plaintiff to show cause by February 13, 2026, as to why this case shouldn't be dismissed for want of prosecution. See Dkt 11. Plaintiff again failed to respond. Judge Bennett entered a Memorandum and Recommendation recommending that this action be dismissed without prejudice. Dkt 14.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other

portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 14.

This action is DISMISSED WITHOUT PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on March 27, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge